Michael J. DiMattia (MJD 0438)
Philip A. Goldstein (PAG 0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

WANG KE SHU, YI ZHAO RUAN, WEN HUI LUO,  : Case No. ___ Civ. _____
MICHAEL CHEUNG, LIN HONG HE, LIN SHAN    :
NUAN, YONG JIE CHEN, SEN HA CHEN,        : DEFENDANTS' RULE 7.1
KAM TONG MAK, RUI GUAN CHEN, HANG YI     : DISCLOSURE
CHEN, FEI HONG CHEN,                     : STATEMENT

            Plaintiffs,                  :

        v.                               :

JING FONG RESTAURANT, INC., SHUI LING    :
LAM, CHUN TSUI, CHUNG KO CHENG, POK      :
MAN LEUNG, and CHEN KWOK CHENG,          :

            Defendants.                  :
-------------------------------------------------------------- X

08 CIV 7340

RECEIVED
AUG 19 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants Jing Fong Restaurant, Inc., Shui Ling Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng (non-governmental parties) certifies that Defendants do not have corporate parents, subsidiaries, or affiliates which are publicly held.

\6484264.1

Dated: August 19, 2008
      New York, New York

                              McGUIREWOODS LLP

                  By: _____
                              Michael J. DiMattia (MD-0473)
                              Philip A. Goldstein (PAG-0908)
                              McGuireWoods LLP
                              1345 Avenue of the Americas, 7th Floor
                              New York, New York 10156-0106
                              Counsel for Defendants

\6484264.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WANG KE SHU, YI ZHAO RUAN, WEN HUI LUO,
MICHAEL CHEUNG, LIN HONG HE, LIN SHAN
NUAN, YONG JIE CHEN, SEN HA CHEN,
KAM TONG MAK, RUI GUAN CHEN,
HANG YI CHEN, FEI HONG CHEN,

    Plaintiffs,

v.

JING FONG RESTAURANT, INC., SHUI LING LAM,
CHUN TSUI, CHUNG KO CHENG, POK MAN LEUNG,
and CHEN KWOK CHENG,

    Defendants.

Case No. ___ Civ. _____

---

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

---

Michael J. DiMattia
Philip A. Goldstein
**McGuireWoods, LLP**
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
(212) 548-2100

\6494098.3