## CERTIFICATE OF SERVICE

        This is to certify that I have caused a true and correct copy of Defendants, Jing Fong Restaurant, Inc. et al.'s:

1)     Notice of Removal; and

2)     Defendants' Rule 7.1 Disclosure Statement

to be served upon plaintiffs by depositing same via the United States Postal Service, postage prepaid, First Class mail delivery to:

    Justin A. Zeller, Esq.
    The Law Office of Justin A. Zeller, P.C.
    251 West 14th Street, 5th Floor
    New York, NY 10011

    Attorneys for Plaintiffs

Dated: New York, New York
       August 20, 2008

                                            _____
                                            Eileen Chin

\6498648.1