CERTIFICATE OF SERVICE

        This is to certify that I have caused a true and correct copy of Defendant Jing Fong Restaurant, Inc.'s Answer to be served upon plaintiffs by depositing same via the United States Postal Service, postage prepaid, First Class mail delivery to:

        Justin A. Zeller, Esq.
        The Law Office of Justin A. Zeller, P.C.
        251 West 14th Street, 5th Floor
        New York, NY 10011

        Attorneys for Plaintiffs

Dated: New York, New York
       September 4, 2008

_____
Eileen Chin

\6498648.3